UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 01-4883-CIV-MORENO

Magistrate Judge: DUBE

NIGHT BOX
FILED

FEB 2 2 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

PETER COHEN,

    Plaintiff,

vs.

MITCHELL CHAIT, individually,
B.L. INTERNATIONAL, INC., a Nevada
corporation, B.L. OF MIAMI, INC., a Nevada
corporation, B.L. OF MIAMI, INC., a Nevada
corporation d/b/a BILLBOARD LIVE, and B.L.
OF MIAMI, INC., a Nevada corporation d/b/a
BILLBOARD LIVE MIAMI,

    Defendants.
_____/

## DEFENDANT MITCHELL CHAIT'S MOTION TO DISMISS
## AND SUPPORTING MEMORANDUM OF LAW

Defendant, Mitchell Chait, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida and Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss the complaint against him for failure to state a cause of action. As support for this motion, Defendant Chait joins in and adopts Defendants' Motion to Dismiss and Supporting Memorandum of Law, previously filed on December 3, 2001 by Defendants B.L. International, Inc. and B.L. of Miami, Inc. Based on the legal argument and

citation of authority provided therein, Defendant Mitchell Chait respectfully requests that this Court enter an order dismissing Count III of the Complaint against Mitchell Chait individually.

Dated: February 22, 2002

Respectfully submitted,

HUNTON & WILLIAMS
Attorneys for Defendants
Barclays Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Phone: (305) 810-2500
Fax:    (305) 810-2460

_____
John T. Houchin
Florida Bar No. 118966

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd day of February, 2002, a true and correct copy of Defendant's Motion to Dismiss was served by facsimile and United States Mail, first class postage prepaid, to all Samuel I. Burstyn, Esq., Samuel I. Burstyn, P.A., One Biscayne Tower, Suite 2600, Two South Biscayne Boulevard, Miami, Florida 33131.

_____
Hunton & Williams

2

MIAMI 78188v1