UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-4883-CIV-MORENO/DUBE

PETER COHEN,

    Plaintiff,

v.

MITCHELL CHAIT, individually,
B.L. INTERNATIONAL, INC., a
Nevada corporation, B.L. OF MIAMI, INC.,
a Nevada corporation, B.L. OF MIAMI, INC.
a Nevada corporation d/b/a BILLBOARD LIVE
and B.L. OF MIAMI, INC., d/b/a
BILLBOARD LIVE MIAMI,

    Defendants.
_____/

### PLAINTIFF, PETER COHEN'S, MEMORANDUM IN OPPOSITION TO DEFENDANT, MITCHELL CHAIT'S, MOTION FOR PROTECTIVE ORDER

Plaintiff, Peter Cohen ("Cohen"), pursuant to 7.1 of the Local Rules of the United States District Court for the Southern District of Florida and Rules 26 and 37 of the Federal Rules of Civil Procedure, files his memorandum in opposition to Defendant, Mitchell Chait's ("Chait"), motion for protective order, filed on February 27, 2002 and states:

1. Cohen opposes Chait's motion for protective order because it is an expression of dilatory and bad faith tactics.

2. Originally, Ted Craig, an associate at Hunton & Williams, LLP was representing Chait and the two corporate defendants, B.L. International, Inc. and B.L. of Miami, Inc. However, in January 2002, the representation of the three

defendants was transferred to Mr. Craig's colleague, Mr. Houchin. Mr. Houchin represented to the undersigned that hereinafter *he* was assuming the role of lead attorney on behalf of the defendants based upon other commitments or matters to which Mr. Craig was obligated and that discovery would proceed smoothly, without tactical delays because he does not engage in such practices. Since January 2002, the undersigned has only been communicating with Mr. Houchin, as attorney for the defendants.

3. Chait's deposition was coordinated by Mr. Houchin and the undersigned weeks ago. Moreover, there was no discussion about scheduling Chait's or the other witnesses' depositions with Mr. Craig.

4. On Monday, February 25, 2002, the undersigned agreed to accommodate Chait's belated request, expressed through Mr. Houchin, to move his deposition from March 5, 2002 to February 27, 2002, so that Chait could share in his daughter's birthday.

5. On February 26, 2002, at approximately 6:15 p.m., counsel for the undersigned received a telephone call from Mr. Houchin, stating that Chait's deposition on February 27, 2002 could not proceed because Mr. Craig, the attorney no longer representing Chait, was ill, and that a letter was sent to the undersigned explaining such. The undersigned's telefax machine confirms the receipt of Mr. Houchin's letter at 4:30 p.m.

6. Contrary to Mr. Houchin's representations in January 2002 and inconsistent with counsel's dealings with Mr. Houchin since, Chait's last minute motion for a protective order, filed literally within hours of the scheduled

CASE NO. 01-4883-CIV-MORENO/DUBE

deposition now represents to this Court that Mr. Craig (who is supposedly no longer Chait's attorney) is ill and cannot attend the deposition.

7. Cohen and his undersigned are being whip-sawed and the Court misinformed. This conduct should not be condoned.

8. The motion for protective order facially fails to demonstrate good cause and within the Court's broad discretion regarding discovery issues should be denied in all respects. Further, Chait should be required to pay Cohen his reasonable expenses incurred in defending Chait's motion, including his attorney's fees. *See Malautea v. Suzuki Motor Corp.*, 148 F.R.D. 362, 370-371 (S.D. Ga. 1991) (stating that the Court has the authority to impose sanctions for discovery abuses under Rule 26 and 37 of the Federal Rules of Civil Procedure where defendants engage in conduct that is designed to delay proceedings, expend the Court's resources, and is otherwise in bad faith).

Respectfully submitted by,

**SAMUEL I. BURSTYN, P.A.**
Attorney for Plaintiff
One Biscayne Tower, Suite 2600
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-0444
Telecopier: (305)373-6444

_____
Samuel I. Burstyn, Esq.
Fla. Bar No. 0217646
Email: siblaw@earthlink.net
Alexandra L. Tifford, Esq.
Fla. Bar No. 0178624
Email: ali@siblaw.com

3

CASE NO. 01-4883-CIV-MORENO/DUBE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by facsimile and U.S. mail to John Houchin, Esq., Hunton & Williams, LLP, Barclays Financial Center, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131 this 27th day of February 2002.

                                                        Alexandra L. Tifford

SAMUEL I. BURSTYN, P.A.
ONE BISCAYNE TOWER, SUITE 2600, TWO SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-1802, TEL. (305) 373-0444